NUMBER 13-08-00331-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

GLORIA ANN GARCIA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 105th District Court of Kleberg County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam



 Appellant, Gloria Ann Garcia, was convicted of possession of a controlled
substance. On May 22, 2008, appellant filed a pro se notice of appeal. On August 11,
2008, appointed counsel informed this Court that he would be filing a motion to dismiss. 
On March 26, 2009, this Court abated the appeal because of counsel's failure to either file
a motion to dismiss or make appropriate arrangements with the reporter for preparation of
the reporter's record and instructed the trial court to make findings as to whether the
appellant had abandoned her appeal.

 Based on the trial court hearing, the trial court judge found that appellant has
abandoned her appeal. The court further found that on January 15, 2009 the trial court
entered a Judgment Nunc Pro Tunc granting additional credit to appellant for time she
spent in Kleberg County Jail in this cause and that appellant only wanted to correct this
mistake and did not wish to appeal the judgment in this cause.

 Although no written motion has been filed in compliance with Rule 42.2(a) of the
Texas Rules of Appellate Procedure, based upon the evidence at the hearing that
appellant does not want to continue her appeal, we conclude that good cause exists to
suspend the operation of Rule 42.2(a) in this case. See Tex. R. App. P. 2. Accordingly,
we dismiss the appeal.


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this 25th day of June, 2009.